AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Duncan, Allyson K | US Court of Appeals, 4th Crct | 06/08/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2006 <br> to <br> 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Glenlake One Building <br> 1440 Parklake Avenue, Ste 250 <br> Raleigh, NC 27612 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]  NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Philadelphia Bar Association | October 1-2 Philadelphia, Pa, JTBF Conference, (meals) |
| 2. | George Mason University | April 28-May 4 Tuscon, Az, Education Seminar |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Allyson K | 06/08/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Allyson K | 06/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Guardian Fund | A | Int./Div. | J | T | | | | | |
| 2. Fidelity Gov't Res Money Mkt | | None | | | | | | | See note in VIII |
| 3. Fidelity Puritan Mutual Fund | A | Dividend | K | T | | | | | |
| 4. Janus Mutual Fund | A | Dividend | J | T | | | | | |
| 5. Janus 20 Mutual Fund | A | Dividend | J | T | | | | | |
| 6. Amer Cent Inflation Adjusted Fund | A | Dividend | K | T | buy | 10/09 | K | | |
| 7. Vanguard 500 Index | A | Dividend | J | T | partial sale | 12/13 | J | A | |
| 8. Legg Mason - Special Inv Trust | | | | | | | | | See note in VIII |
| 9. AFLAC Common | A | Dividend | J | T | | | | | |
| 10. Legg Mason - Mutual Fund | | | | | | | | | See note in VIII |
| 11. Evergreen Special Value Class A | A | Dividend | J | T | partial sale | 10/09 | K | C | |
| 12. Evergreen International Equity Class A | A | Dividend | K | T | partial sale | 10/09 | K | D | |
| 13. MFS Intl New Disclosure (Lehman) | | None | | | sold | 10/09 | J | A | |
| 14. Amer Cent Intl Bond Fund | A | Dividend | K | T | buy | 10/09 | K | | |
| 15. North State Bancorp | C | Dividend | L | T | | | | | |
| 16. State Employees Credit Union | A | Interest | J | T | | | | | |
| 17. Vanguard Growth Index Fund | A | Dividend | J | T | | | | | see note in VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Allyson K | 06/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Growth and Income Fund | A | Dividend | J | T | | | | | |
| 19. UBS Pace Intl Equity Fund | A | Dividend | J | T | | | | | |
| 20. Franklin NC Tax Free | B | Dividend | K | T | | | | | See note in VIII |
| 21. Davis New York Venture Fund | A | Dividend | J | T | | | | | see note in VIII |
| 22. Hartford Capital Appreciation Fund | A | Dividend | J | T | | | | | see note in VIII |
| 23. N Track Geneva Growth | | None | K | T | buy and sale | 10/09 | J | A | See note in VIII |
| 24. Heritage Mid Cap Growth Fund | B | Dividend | J | T | | | | | See note in VIII |
| 25. Phoenix Real Estate | A | Dividend | J | T | partial sale | 10/09 | L | D | See note in VIII |
| 26. Columbia Class A Hi Yield Fund | A | Dividend | | | sold | 7/11 | K | A | |
| 27. MFS Research Fund | A | Dividend | | | sold | 10/09 | L | A | |
| 28. Pimco Foreign Bond Fund | A | Dividend | | | sold | 10/09 | K | A | |
| 29. ABN Amro Growth Fund Class N | A | Dividend | | | sold | 10/09 | K | A | |
| 30. MFS Class A Value Fund | A | Dividend | K | T | buy | 10/09 | K | | |
| 31. Duke Energy Common | A | Dividend | J | T | | | | | |
| 32. Baron Asset Fund | | None | | | sold | 10/09 | K | C | |
| 33. Century Small Cap Select | | None | | | sold | 10/09 | J | C | |
| 34. Goldman Sachs Mid Cap Value A | A | Dividend | | | sold | 10/09 | K | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Allyson K | 06/08/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. RVS Mid Cap Value Fund | | None | K | T | buy | 10/09 | K | | |
| 36. Vanguard Prime Money Market Fund | A | Dividend | J | T | | | | | See note in VIII |
| 37. Vanguard GNMA Fund Investor | A | Dividend | J | T | | | | | See note in VIII |
| 38. Fidelity Adv S/Cap Growth | | None | K | T | buy | 10/09 | J | | |
| 39. Fidelity Adv Floating Rate | A | Dividend | K | T | buy | 10/09 | K | | |
| 40. Fidelity Adv Intl S/Cap Opp | | None | K | T | buy | 10/09 | K | | |
| 41. Goldman Hi Yield | A | Dividend | J | T | buy and sold | 7/11 | J | A | see note in VIII |
| 42. American Express Insured Money Market | A | Interest | K | T | | | | | See note in VIII |
| 43. Wells Endeavor Select Fund | | None | L | T | buy | 10/09 | L | | |
| 44. Westcore Plus Fund | A | Dividend | J | T | buy | 10/09 | J | | |
| 45. Raleigh Federal Employees Union | A | Interest | J | T | 1/05 | | | | |
| 46. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Allyson K | 06/08/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 20 Franklin Gov't Securities should have been reported as Franklin NC Tax Free in 2005
Line 23 name change from International Stock Fund (Geneva) to N Track Geneva Growth
Line 25 name change from Phoenix - Duff & Phelps RE to Phoenix Real Estate
Line 8 Legg Mason Special Investment Trust was sold in 2005
Line 10 Legg Mason Mutual Fund was sold in 2005
Line 36 Vanguard Money Market Fund was inadvertently left off in 2005
Line 37 Vanguard GNMA Fund Investor was inadvertently left off in 2005
Line 41 Goldman High Yield Fund was inadvertently left off in 2005; purchased 7/11 and partial sale in 10/19
Line 42 American Express Insured Money Market was inadvertently left off in 2005
Line 21 Davis NY Venture was inadvertenly left off in 2005, purchased with proceeds of Legg Mason Special Investment Trust
Line 22 Hartford Capital Appreciation Fund was inadvertently left off in 2005, purchased with proceeds of Legg Mason Special Investment Trust
Line 24 Heritage Mid Cap Growth Fund was inadvertently left off in 2005, purchased with proceeds of Legg Mason Special Investment Trust
Line 2 Fidelity Government Reserve Money Market Fund was cashed in 2005

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _____6/13/07_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544